| | |
|---|---|
| 1 | KENNETH P. HERZINGER (SBN 209688) |
|   | kherzinger@orrick.com |
| 2 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | The Orrick Building |
| 3 | 405 Howard Street |
|   | San Francisco, CA  94105-2669 |
| 4 | Telephone:    (415) 773-5700 |
|   | Facsimile:     (415) 773-5759 |
| 5 | |
|   | ANDREA L. MAZINGO (SBN 300824) |
| 6 | amazingo@orrick.com |
|   | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 7 | 777 South Figueroa Street, Suite 3200 |
|   | Los Angeles, California  90017-5855 |
| 8 | Telephone:    (213) 629-2020 |
|   | Facsimile:     (213) 612-2499 |
| 9 | |
|   | Attorneys for Relief Defendants |
| 10 | MATTHEW LOPEZ; FINTACT |
|   | SOLUTIONS GROUP LLC; FINTACT |
| 11 | PAYMENT SOLUTIONS LLC; |
|   | MARITUS REGALIS LLC; GABTTA |
| 12 | LLC; and TRIDENT COMMERCE LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | | Case No. 5:19-cv-00958-MWF-AFM |
| | Plaintiff, | **NOTICE OF APPEARANCE BY ANDREA L. MAZINGO** |
| v. | | |
| DANIEL PACHECO, | | |
| | Defendant, and | |
| EPROFIT SYSTEMS LLC, MATTHEW LOPEZ, FINTACT SOLUTIONS GROUP LLC, FINTACT PAYMENT SOLUTIONS LLC, MARITUS REGALIS LLC, GABTTA LLC, and TRIDENT COMMERCE LLC, | | |
| | Relief Defendants. | |

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4158-6134-4026.1

1  TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE of the appearance of attorneys Andrea L. Mazingo (amazingo@orrick.com) of the law firm Orrick, Herrington & Sutcliffe LLP, at 777 South Figueroa Street, Suite 3200, Los Angeles, California 90017, respectively, as counsel of record in this action for Matthew Lopez, Fintact Solutions Group LLC, Fintact Payment Solutions LLC, Maritus Regalis LLC, Gabtta LLC, and Trident Commerce LLC.

Dated: July 16, 2019

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____/s/ Andrea L. Mazingo_____
ANDREA L. MAZINGO

Attorneys for Relief Defendants
MATTHEW LOPEZ; FINTACT SOLUTIONS GROUP LLC; FINTACT PAYMENT SOLUTIONS LLC; MARITUS REGALIS LLC; GABTTA LLC; and TRIDENT COMMERCE LLC