NOTE: CHANGES MADE BY COURT

# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL PACHECO<br><br>Defendants, and<br><br>EPROFIT SYSTEMS LLC, MATTHEW LOPEZ, FINTACT SOLUTIONS GROUP LLC, FINTACT PAYMENT SOLUTIONS LLC, MARITUS REGALIS LLC, GABTTA LLC, and TRIDENT COMMERCE LLC,<br><br>Relief Defendants. | Case No. 5:19-cv-00958-FWS-AFM<br><br>**ORDER RE NOTICE OF PROPOSED SETTLEMENT AND JOINT STIPULATION TO VACATE PRETRIAL AND TRIAL DATES VACATING PRETRIAL AND TRIAL DATES [124]** |

///

///

///

1

1    The court, having received, reviewed, and considered the Parties' Notice of
2 Proposed Settlement and Joint Stipulation to Vacate Pretrial and Trial Dates Vacating
3 Pretrial and Trial Dates [124] ("Stipulation"), jointly filed by Defendant Pacheco and
4 Relief Defendant EProfit Systems, LLC, and Plaintiff Securities and Exchange
5 Commission,
6    NOW THEREFORE, for good cause shown, hereby **APPROVES** the
7 Stipulation in its entirety, and **VACATES** the remaining pretrial and trial dates in the
8 above-captioned matter pending the Commission's decision on the proposed
9 settlement.  The court further **ORDERS** that if this action has not been dismissed on
10 or before **February 24, 2023**, the parties shall **FILE** a joint status report with the
11 court on or before **March 3, 2023**.

13    **IT IS SO ORDERED.**

15 Date:  December 12, 2022
16                                    _____
17                                    Hon. Fred W. Slaughter
                                       UNITED STATES DISTRICT JUDGE